UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TZU TECHNOLOGIES, LLC, <br> a California limited liability company, <br><br> Plaintiff, <br> v. <br><br> MILWAUKEE ELECTRIC TOOL CORPORATION, <br> a Delaware limited liability company, <br><br> Defendant. | Case No. 19-cv-0651-CFC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff TZU Technologies, LLC and Defendant Milwaukee Electric Tool Corporation hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) that all claims in this action be, and hereby are, dismissed WITH PREJUDICE, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  July 29, 2019

Of Counsel
Todd Brandt
Brandt Law Firm
222 N. Fredonia Street
Longview, Texas 75601
Tel: 903 753 6760

Respectfully submitted,

*/s/George Pazuniak*
 George Pazuniak
 O'Kelly Ernst & Joyce, LLC
 901 N. Market St.
 Suite 1000
 Wilmington, DE 19801
 Tel: 302-478-4230
 gp@del-iplaw.com

*Counsel for Plaintiff*

<u>*/s/ Amy M. Dudash*</u>
Amy M. Dudash (#5741)
Morgan, Lewis & Bockius LLP
The Nemours Building
1007 North Orange Street, Suite 501
Wilmington, DE 19801
(302) 574-3000
jody.barillare@morganlewis.com
amy.dudash@morganlewis.com

*Attorney for Defendant Milwaukee Electric Tool Corp.*